FILED

10/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0113

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0113

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                          O R D E R

DARRELL DWAYNE SMITH,

Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 21 2020